## 47761. P. F. COLLIER, INC. et al. v. DREESEN.

EBERHARDT, Presiding Judge. Defendants having failed to carry their burden of showing that there is no genuine issue as to any material fact and that they are entitled to judgment as a matter of law as to all matters for which relief is sought in the three-count complaint, the denial of defendants' motion for summary judgment is *Affirmed. Pannell and Stolz, JJ., concur.*
ARGUED JANUARY 11, 1973 — DECIDED FEBRUARY 2, 1973.

*Arnall, Golden & Gregory, H. Fred Gober,* for appellants.
*James O. Goggins,* for appellee.